# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: frandazzo | Date Created: 3/4/2010 |
| Case: 1−10−41741−dem | Form ID: 275 | Total: 5 |

**Recipients of Notice of Electronic Filing:**

tr      Debra Kramer      dkramer@kramerpllc.com, ny73@ecfcbis.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Lloyd Ogman | 200 Corbin Place #L2 | Brooklyn, NY 11235 | |
| jdb | Katrina Ogman | 200 Corbin Place #L2 | Brooklyn, NY 11235 | |
| smg | Diana Adams | Office of the United States Trustee | 271 Cadman Plaza East | Brooklyn, NY 11201 |
| 6591312 | Corbin Realty | 166 Montague Street | Brooklyn, NY 11201 | |

TOTAL: 4