CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2010 APR -6 P 2: 38

RECEIVED

Certificate Number: 03788-NYE-CC-010106866

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 2, 2010 , at 8:48 o'clock PM EST ,

Lloyd Ogman received from

Alliance Credit Counseling, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Eastern District of New York , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet .


Date: March 2, 2010           By      /s/Erica Almond

                              Name    Erica Almond

                              Title   Accredited Credit Counselor


\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2010 APR -6 P 2: 37

RECEIVED

Certificate Number: 03788-NYE-CC-010137052

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 4, 2010, at 10:02 o'clock PM EST,

Katrina Ogman received from

Alliance Credit Counseling, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Eastern District of New York, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: March 4, 2010          By      /s/Darren Campbell

                             Name    Darren Campbell

                             Title   Certified Credit Counselor


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).